1 HOLLAND & KNIGHT LLP
Wendy Qiu (Bar No. 324291)
2 400 S. Hope Street, 8th Floor
Los Angeles, California 90071
3 Telephone: 213.896.2433
Fax: 213.896.2450
4 E-mail: Wendy.Qiu@hklaw.com

5 *Attorney for Defendant*
*Conduent Business Services, LLC*

6

7

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

8

9

10 | KENT BROMAN, individually and all | ) | Case No. **'26 CV 0155 BTM MMP** |
11 | other California citizens similarly | ) | |
| situated, | ) | **DEFENDANT CONDUENT** |
12 | | ) | **BUSINESS SERVICES, LLC'S** |
| Plaintiff, | ) | **NOTICE OF RELATED CASES** |
13 | | ) | **PURSUANT TO LOCAL RULE** |
| v. | ) | **40.1(F) IN SUPPORT OF** |
14 | | ) | **REMOVAL OF CIVIL ACTION** |
| CONDUENT BUSINESS SERVICES, | ) | **TO UNITED STATES DISTRICT** |
15 | LLC, a Delaware Limited Liability | ) | **COURT** |
| Company; and DOES 1 through 100, | ) | |
16 | inclusive, | ) | Complaint Filed: Dec. 4, 2025 |
| | ) | |
17 | Defendants. | ) | |
| | ) | |

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

*Holland & Knight LLP*
*400 South Hope Street, 8th Floor*
*Los Angeles, CA 90071*
*Tel: 213.896.2400*
*Fax: 213.896.2450*

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND ATTORNEYS OF RECORD:**

Pursuant to Southern District of California Local Rule 40.1(f), the undersigned counsel of record for Defendant Conduent Business Services, LLC ("Conduent"), hereby gives notice that the following matters involve a material part of the subject matter of this action against Conduent:

1.    Over thirty similar actions related to a cybersecurity incident involving Conduent that occurred between October 21, 2024 and January 13, 2025 (the "Incident") have already been consolidated in the United States District Court for the District of New Jersey in front of the Honorable Judge Michael E. Farbiarz and the Honorable Magistrate Judge Michael A. Hammer. *See In re: Conduent Business Services Data Breach Litigation*, Case No. 2:25-cv-16953 (D.N.J.). These include:

a.    *Adams-Griffin, et al. v. Conduent Business Services, LLC, et al.*, Case No. 2:25-cv-16953 (D.N.J.);

b.    *Amende, et al. v. Conduent Business Services, LLC, et al.*, Case No. 2:25-cv-16954 (D.N.J.);

c.    *Smith, et al. v. Conduent Incorporated, et al.*, Case No. 2:25-cv-16965 (D.N.J.);

d.    *Bordelon v. Conduent Business Services, LLC*, Case No. 2:25-cv-16975 (D.N.J.);

e.    *Marshall v. Conduent Business Services, LLC*, Case No. 2:25-cv-16994 (D.N.J.);

f.    *Knick v. Conduent Business Services, LLC*, Case No. 2:25-cv-17033 (D.N.J.);

g.    *Willstein v. Conduent Business Services, LLC*, Case No. 2:25-cv-17068 (D.N.J.);

///

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

h.   *Meschke v. Conduent Business Services, LLC*, Case No. 2:25-cv-17108 (D.N.J.);

i.   *Fray, et al. v. Conduent Business Services, LLC*, Case No. 2:25-cv-17170 (D.N.J.);

j.   *Burwell v. Conduent Business Services, LLC*, Case No. 2:25-cv-17170 (D.N.J.);

k.   *Bianco v. Conduent Business Services, LLC*, Case No. 2:25-cv-17177 (D.N.J.);

l.   *Comer v. Conduent Inc.*, Case No. 2:25-cv-17188 (D.N.J.);

m.   *Berkenfeld v. Conduent Business Services, LLC*, Case No. 2:25-cv-17197 (D.N.J.);

n.   *Heller v. Conduent Business Services, LLC*, Case No. 2:25-cv-17209 (D.N.J.);

o.   *Waters, et al. v. Conduent Business Services, LLC*, Case No. 2:25-cv-17218 (D.N.J.);

p.   *Moody, et al. v. Conduent Business Services, LLC*, Case No. 2:25-cv-17227 (D.N.J.);

q.   *Kennedy, et al. v. Conduent Business Services, LLC, et al.*, Case No. 2:25-cv-17233 (D.N.J.);

r.   *Larson v. Conduent Business Services, LLC, et al.*, Case No. 2:25-cv-17242 (D.N.J.);

s.   *Brink, et al. v. Conduent Business Services, LLC, et. al.*, Case No. 2:25-cv-17317 (D.N.J.);

t.   *Dymarsky v. Conduent Business Services, LLC, et al.*, Case No. 2:25-cv-17319 (D.N.J.);

u.   *Cook v. Conduent Incorporated, et al.*, Case No. 2:25-cv-17320 (D.N.J.);

///

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

DEFENDANT CONDUENT BUSINESS SERVICES, LLC'S NOTICE OF RELATED CASES

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

v.   *St. John v. Conduent Business Services, LLC, et al.*, Case No. 2:25-cv-17350 (D.N.J.);

w.   *Fortin, et al. v. Conduent Business Services, LLC*, Case No. 2:25-cv-17358 (D.N.J.);

x.   *Gresh, et al. v. Conduent Business Services, LLC, et al.*, Case No. 2:25-cv-17370 (D.N.J.);

y.   *Day, et al. v. Conduent Business Services, LLC, et al.*, Case No. 2:25-cv-17373 (D.N.J.);

z.   *Cozzolino v. Conduent Business Services, LLC, et al.*, Case No. 2:25-cv-17382 (D.N.J.);

aa.   *B.H. v. Conduent Business Services, LLC*, Case No. 2:25-cv-17429 (D.N.J.);

bb.   *Burton, et al. v. Conduent Business Services, LLC, et al.*, Case No. 2:25-cv-17595 (D.N.J.);

cc.   *Hurd, et al., v. Conduent Business Services, LLC*, Case No. 2:25-dcv-17620 (D.N.J.);

dd.   *Kliner, et al. v. Conduent Business Services, LLC, et al.*, Case No. 2:25-cv-17658 (D.N.J.);

ee.   *Dekenipp v. Conduent Incorporated*, Case No. 2:25-cv-17796 (D.N.J.).

2.   The following are additional actions related to the Incident:

a.   *Sayabath v. Conduent, Inc., et al.*, Case No. 1:25-cv-13950 (N.D. Ill.);

b.   *Luckett v. Conduent Inc., et al.*, Case No. 1:25-cv-09784 (S.D.N.Y.);

c.   *Alexander v. Conduent Business Services, LLC*, Case No. 2:25-cv-18006 (D.N.J.);

///

DEFENDANT CONDUENT BUSINESS SERVICES, LLC'S NOTICE OF RELATED CASES

d.    *Troncoso v. Conduent Business Services, LLC*, Case No. 2:25-cv-18058 (D.N.J.);

e.    *Pete v. Conduent Inc.*, Case No. 1:25-cv-00570 (E.D. Tex.);

f.    *Brooks v. Conduent Business Services, LLC*, Case No. CACE-25-018008 (Fla. 17th Jud. Cir. Ct.).

3.    Other than the above-described matters, Conduent is not aware of any action currently pending before the United States Court of Appeals, Bankruptcy, Appellate Panel, Bankruptcy Court, or any other federal or state court or administrative agency that involves both Conduent and all or a material part of the subject matter of this action.

Dated:  January 9, 2026                   Respectfully submitted,

                                          HOLLAND & KNIGHT LLP


                                           */s/ Wendy Qiu*
                                          Wendy Qiu

                                          *Attorney for Defendant*
                                          *Conduent Business Services, LLC*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January 2026, I caused a copy of the foregoing document to be served on counsel for the parties by email.

*/s/ Wendy Qiu*
Wendy Qiu

*Attorney for Defendant*
*Conduent Business Services, LLC*

DEFENDANT CONDUENT BUSINESS SERVICES, LLC'S NOTICE OF RELATED CASES